UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYCO GLOBAL, INC.,<br>　　　　Plaintiff,<br>　　v.<br>EITAN REISEL, et al.,<br>　　　　Defendants. | Case No. 21-cv-00492-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 11 |

　　　　Plaintiff Playco Global, Inc. filed an amended complaint against Defendants Eitan Reisel and VGames, L.P. on February 8, 2021. Dkt. No. 11. In the amended complaint, Playco alleges that the Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C. § 1332(a)(2). *Id.* ¶ 10. In reaching this conclusion, however, Playco incorrectly applies the corporation citizenship test to VGames, L.P., a limited partnership. *Id.* ¶ 8. "In cases where entities rather than individuals are litigants, diversity jurisdiction depends on the form of the entity." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Non-corporate entities, like limited partnerships, are treated differently for purposes of diversity jurisdiction. *See id.* As such, Playco should have listed the citizenship of each of VGames' members to evaluate diversity of citizenship. *See* 15A Moore's Federal Practice – Civil § 102.57 (2020); *see also Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990).

Accordingly, the Court ORDERS Playco to show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction **by March 3, 2021**. VGames has not yet appeared in the case, but they may file an optional reply by **March 8, 2021**.

**IT IS SO ORDERED.**

Dated:  February 25, 2021                              _____
                                                                          NATHANAEL M. COUSINS
                                                                          United States Magistrate Judge